1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-6730
    FAX: (415) 436-6927
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10
   LEONID AGRANONIK,                    )
11                                      ) No. C 07-3787 MEJ
                                        )
12            Plaintiff,                )
                                        )
13       v.                             ) **PARTIES' CONSENT TO MAGISTRATE**
                                        ) **JUDGE JURISDICTION**
14 Department of Homeland Security, MICHAEL )
   CHERTOFF, Secretary; United States   )
15 Citizenship and Immigration Services, )
   EMILIO T. GONZALEZ, Director; United )
16 States Citizenship and Immigration Services, )
   ROSEMARY MELVILLE, District Director; )
17 U.S. Attorney General, ALBERTO GONZALES; )
   Federal Bureau of Investigation, ROBERT S. )
18 MUELLER, III, Director,              )
                                        )
19            Defendants.               )
   _____)
20

21    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and

22 the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

23 conduct any and all further proceedings in the case, including trial, and order the entry of a final

24 judgment.

25 ///

26 ///

27

28

Consent to Magistrate Jurisdiction
C07-3787 MEJ                                    1

1  Dated: September 18, 2007                    Respectfully submitted,

2                                                SCOTT N. SCHOOLS
                                                 United States Attorney
3

4
                                                      /s/
5                                                MELANIE L. PROCTOR
                                                 Assistant United States Attorney
6                                                Attorney for Defendants

7

8
   Dated: September 18, 2007                          /s/
9                                                MONICA KANE
                                                 Attorney for Plaintiff

Consent to Magistrate Jurisdiction
C07-3787 MEJ                                 2