SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONID AGRANONIK, | No. C 07-3787 MEJ |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS and [PROPOSED] ORDER** |
| Department of Homeland Security, MICHAEL CHERTOFF, Secretary; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director; U.S. Attorney General, ALBERTO GONZALES; Federal Bureau of Investigation, ROBERT S. MUELLER, III, Director, | |
| Defendants. | |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

   Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-3787 MEJ                         1

| | | |
|---|---|---|
| 1 | Dated: September 18, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

Dated: September 18, 2007

        /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: September 18, 2007

        /s/
MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation to Dismiss
C07-3787 MEJ                    2